UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21149-CIV-HOEVELER/BROWN

BURGER KING CORPORATION,

    Plaintiff,

vs.

MILTON P. WEBSTER, III,
STEPHEN MANN, SALA
CLEARWATER, LLC, and
CLIFFORD CLEARWATER, LLC,

    Defendants.
_____/

SALA CLEARWATER, LLC and
CLIFFORD CLEARWATER, LLC

    Counter-Plaintiffs,

v.

BURGER KING CORPORATION,

    Counter-Defendant.
_____/

## ORDER FOR DISMISSAL WITH PREJUDICE

IN CONSIDERATION of the Joint Stipulation of Dismissal filed by Plaintiff/Counter-Defendant Burger King Corporation ("BKC") and Defendants Milton P. Webster, III ("Webster") and Stephen Mann ("Mann"), it is hereby:

ORDERED AND ADJUDGED as follows:

1.    All claims or counterclaims that have been brought, could have been brought, or could be brought or asserted by BKC against Webster and Mann herein are hereby dismissed with prejudice;

2. All claims or counterclaims that have been brought, could have been brought, or could be brought or asserted by Webster and/or Mann against BKC are hereby dismissed with prejudice;

3. This action is hereby dismissed with prejudice; and

4. The parties shall bear their own attorneys' fees and costs incurred herein.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 23rd day of July, 2008.

_____
WILLIAM M. HOEVELER
United States District Court Senior Judge
Southern District of Florida

cc: Counsel of Record (attached Service List)

## SERVICE LIST
### Burger King Corporation v. Milton P. Webster, III; Stephen Mann; Sala Clearwater, LLC and Clifford Clearwater, LLC
### CASE NO.: 07-21149-CIV-HOEVELER/BROWN

Michael D. Joblove, Esq.
Florida Bar No.: 354147
mjoblove@gjb-law.com
Peter W. Bellas, Esq.
Florida Bar No.: 611387
pbellas@gjb-law.com
Genovese Joblove & Battista, P.A.
4400 Bank of America Tower
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
*Attorneys for Plaintiff Burger King Corporation*

S. David Sheffman, Esq.
Florida Bar No.: 717568
dsheff@sheffmanlaw.com
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Telephone: (305) 868-0727
Facsimile: (305) 861-4729
*Attorneys for Defendants Milton P. Webster and Stephen Mann*